# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TODD LACKIE, and wife, ALICIA LACKIE, | ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) No.: 2:11-cv-02181 ) |
| E.I. DUPONT de NEMOURS and COMPANY, ATLANTIC TRACK & TURNOUT CO., MID-SOUTH RAIL & CONSTRUCTION, LLC, MID-SOUTH RAIL REPAIR & RECONDITIONING, AND RAILSERVE, INC., | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT RAILSERVE, INC.

PLEASE TAKE NOTICE that Plaintiffs, Todd & Alicia Lackie, and Defendant, Railserve, Inc., have compromised and settled the claims brought by Plaintiffs against Railserve, Inc. in this action.

    Respectfully submitted:

    s/Mark Ledbetter
    Mark Ledbetter (TN BPR No. 17637)
    Halliburton & Ledbetter
    254 Court-Suite 305
    Memphis, TN 38103
    (901) 523-8153
    mark794@aol.com

    Attorneys for Plaintiffs, Todd & Alicia Lackie

581546

s/John E. Quinn
John E. Quinn (TN BPR No. 12220)
MANIER & HEROD
2200 One Nashville Place
150 Fourth Avenue, North
Nashville, Tennessee  37219
(615) 742-9351
jquinn@manierherod.com

Attorneys for Defendant, Railserve, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2011, a copy of the foregoing was filed electronically.  Notice of this filing has been sent on May 18, 2011 by operation of the Court's Electronic Case Filing System (CM/ECF) to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's Electronic Case Filing System.

| | |
|---|---|
| S. NEWTON ANDERSON, No. 009335<br>Spicer Rudstrom, PLLC<br>175 Toyota Plaza, Suite 800<br>Memphis, TN 38103<br>(901) 523-1333<br>sna@spicerfirm.com<br>*Counsel for Atlantic Track & Turnout Co.* | MARK LEDBETTER, No. 017637<br>Halliburton & Ledbetter<br>254 Court-Suite 305<br>Memphis, TN 38103<br>(901) 523-8153<br>Mark794@aol.com<br>*Counsel for Plaintiffs* |
| MOLLY GLOVER, No. 016113<br>STEVE N. SNYDER, No. 025703<br>Leitner, Williams, Dooley<br>  & Napolitan, PLLC<br>Brinkley Plaza, Suite 800<br>80 Monroe Avenue<br>Memphis, Tennessee 38103<br>Phone: (901) 527-0214<br>molly.glover@leitnerfirm.com<br>steven.snyder@leitnerfirm.com<br>*Counsel for Mid-South Rail & Construction, LLC* | ROBERT L. CRAWFORD, No. 007216<br>AHSAKI E. BAPTIST, No. 025884<br>Wyatt, Tarrant & Combs, LLP<br>1714 Aaron Brenner Dr., Suite 800<br>Memphis, TN 38120-4367<br>(901) 537-1052<br>lcrawford@wyattfirm.com<br>abaptist@wyattfirm.com<br>*Attorneys for E.I. DuPont de Nemours and Company* |

581546

THOMAS A. WILLIAMS, No. 001688
Leitner, Williams, Dooley
 & Napolitan, PLLC
801 Broad St.
Chattanooga, TN 37402
(423) 265-0214
Tom.Williams@Leitnerfirm.com
*Counsel for Mid-South Rail & Construction, LLC*

                          s/John E. Quinn

581546