```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DIVISION OF TENNESSEE


TODD LACKIE AND              )
WIFE, ALICIA LACKIE,         )
                             )
                             )
     Plaintiffs,             )
                             )
VS.                          )    2:11-CV-02181
                             )
                             )
E.I. DUPONT DE               )
NEMOURS AND COMPANY,         )
MIDSOUTH RAIL AND            )
CONSTRUCTION, LLC,           )
                             )
                             )
     Defendants.             )
```

---

DEPOSITION

OF

SANDRA CHANDLER

March 21, 2012

COPY

MID-SOUTH REPORTING
Pepper Glenn, CCR
P. O. Box 609
Southaven, Mississippi 38671
(901) 525-1022

```
 1    sure about that.  But I know he had it after we
 2    got married, we got married in '85.
 3         Q.     Has it continuously been -- I'm
 4    tempted to say in the family but that is probably
 5    too broad, since '81?
 6         A.     Yes, it's been --
 7         Q.     Under various names?
 8         A.     Yes, my husband's company name and
 9    then my company name.  Since we got married in
10    '85.
11         Q.     Despite the contracts and the language
12    of the contract has the scope of the work been
13    essentially the same, maintenance and repair of
14    the tracks?
15         A.     Essentially the same.  It was -- we
16    were called a residence which we were out there
17    most every day as a residence and back in '09 --
18    in '08 when all the budget cuts they made us as
19    needed.  So in March of '09 we just came in when
20    Zelma would call us and tell us to come into
21    work.  We only did what she told us.  If she said
22    come into work, we would go anytime, day or
23    night.  John was on call 24 hours a day.
24         Q.     What was your involvement with the
```

1   exception report dated on November 20, 2009 which
2   James Banks says he got --
3        A.    He would not have gotten that that day
4   because we did not work out there that day. We
5   did not work out there the 18th, 19th, 20th,
6   23rd, 24th, 25th, 26th, 27th. We went back to
7   work on the 30th. And that was a period of time
8   where I was trying to call around and get Zelma
9   to give us more work. But she did not call us
10  until the 30th to come work.
11       Q.    So, if he said he got on this, can you
12  tell me on which dates it might have been that he
13  would have addressed this issue that month?
14       A.    First day he would have gone back to
15  work would have been on the 30th, that would have
16  been the only day, you know. We didn't never go
17  out there and work unless she calls us. It's not
18  like he goes out there and sees them or anything.
19       Q.    So, if he testifies that he stops by
20  her office and was out there --
21       A.    I would not do that. He misunderstood
22  something because he would not do that.
23       Q.    Let's look at your calendar for
24  January, the first two weeks of January. When do

```
 1    you show you had crews out there at Dupont?
 2        A.      First two weeks in January?
 3        Q.      Right.
 4        A.      We did not work out there at all the
 5    first -- we did not go back to work until the
 6    18th of January out there.  We were out there on
 7    the 6th just getting our equipment ready for the
 8    snow because it snowed on the 7th.  But we were
 9    not working out there.
10        Q.      All right.  So, if Mr. James Banks
11    said that he addressed the repair of the switch
12    on the track exception report that was dated the
13    13th of January, when would his earliest
14    opportunity --
15        A.      The earliest time would have been on
16    the 18th.  We went back to work on the 18th out
17    there.
18        Q.      Now, was anyone ever present to
19    supervise James Banks and his crew for whom there
20    is not a billing or a chart?  In other words, did
21    either you or Mr. Allen go out and supervise them
22    in their work at Dupont and not charge?
23        A.      No.
24        Q.      And on the billings it would show, it
```

```
 1                    C E R T I F I C A T E
 2
 3    STATE OF TENNESSEE:
 4    COUNTY OF SHELBY:
 5              I, PEPPER GLENN, Court Reporter
      and Notary Public, Shelby County, Tennessee,
 6    CERTIFY:
 7              The foregoing proceedings were
      taken before me at the time and place stated in
 8    the foregoing styled cause with the appearances
      as noted.
 9
                Being a Court Reporter, I then
10    reported the proceeding in Stenotype, and the
      foregoing pages contain a true and correct
11    transcript of my said Stenotype notes then and
      there taken.
12
                I am not in the employ of and am
13    not related to any of the parties or their
      counsel, and I have no interest in the matter
14    involved.
15              I further certify that in order
      for this document to be considered a true and
16    correct copy, it must bear my original signature
      and that any reproduction in whole or in part of
17    this document is not authorized and not to be
      considered authentic.
18
                Witness my signature this the 30th
19    day of _____March_____, 2012.
20                         _____
                           PEPPER GLENN, CCR
21
22    Notary Public at Large
      For the State of Tennessee
23    My Commission Expires:
      October 18, 2014
24
```